UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM LIFE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> RACHEL BROCKETT, JOSHUA BROCKETT, DANELLE BROCKETT, NICHOLAS BROCKETT, and KATHRYN BROCKETT <br><br> Defendants. | CIV-F-09-0356 AWI SMS <br><br> ORDER VACATING HEARING DATE OF JANUARY 25, 2010 AND TAKING MATTERS UNDER SUBMISSION |

Plaintiff State Farm Life Insurance Company has made a motion for entry of judgment in interpleader, seeking attorneys fees and costs. Defendants Joshua, Danelle, Nicholas, and Kathryn Brockett have filed a notice of non-opposition. Defendant Rachel Brockett doe not oppose judgment in favor of Plaintiff but does oppose the amount of attorneys fees and costs sought. Simultaneously, Defendant Rachel Brockett has filed a motion for summary judgment against the other Defendants in this case. They have opposed the motion. The court has reviewed the papers and has determined that the motions are suitable for decision without further oral argument. See Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of January 25, 2010, is VACATED, and no party shall appear at that time. As of that date, the court will take

1

the matters under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:    **January 21, 2010**              /s/ Anthony W. Ishii
                                     CHIEF UNITED STATES DISTRICT JUDGE