# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STATE FARM LIFE INSURANCE COMPANY,** | CIV-F-09-0356 AWI SKO |
| Plaintiff, | ORDER RE: JUDGMENT AND DISBURSEMENT OF FUNDS DEPOSITED WITH COURT |
| v. | |
| **RACHEL BROCKETT, JOSHUA BROCKETT, DANELLE BROCKETT, NICHOLAS BROCKETT, and KATHRYN BROCKETT** | |
| Defendants. | |

This Court having granted Defendant RACHEL BROCKETT'S motion for summary judgment and, in doing so, determined that the defendant is entitled to her share of the benefits from Matthew Brockett's life insurance policy, and having previously dismissed the plaintiff, STATE FARM LIFE INSURANCE COMPANY, from this action back on April 16, 2010, and there being no dispute over the other defendants entitlement to the remaining deposited funds,

**IT IS HEREBY ORDERED** that judgment be rendered in favor of Defendant RACHEL BROCKETT and against Defendants JOSHUA BROCKETT, DANELLE BROCKETT, NICHOLAS BROCKETT, and KATHRYN BROCKETT as to the disputed portion of the deposited money totaling $380,000.00, plus interest, and minus costs and fees awarded to the plaintiff.

1

**IT IS FURTHER ORDERED** that in accordance with the Court's entry of judgment the Clerk of the Court is hereby directed to forthwith disburse the balance of funds deposited with the Clerk of the Court by Plaintiff STATE FARM LIFE INSURANCE COMPANY as follows:

1. $379,845.75 to Defendant RACHEL BROCKETT in the form of a check payable to "Kimble, MacMichael & Upton's Client Trust Account for the benefit of Rachel Brockett"; this sum reflects defendant's share of the deposited funds, plus interest, and minus the fee and costs awarded to the plaintiff, $9,439.70;

2. $30,733.06 to Defendant JOSHUA BROCKETT in the form of a check payable to "Joshua Brockett";

3. $30,733.06 to Defendant NICHOLAS BROCKETT in the form of a check payable to "Nicholas Brockett";

4. $30,733.06 to Defendant DANELLE BROCKETT in the form of a check payable to "Danelle Brockett"; and

5. $30,733.06 to Defendant KATHRYN BROCKETT in the form of a check payable to "Kathryn Brockett".

**IT IS FURTHER ORDERED** that any additional funds held by the Clerk of the Court relating to this matter shall be apportioned and disbursed to the aforementioned defendants as follows:

1. 76% TO Defendant RACHEL BROCKETT in the form of a check payable to "Kimble, MacMichael & Upton's Client Trust Account for the benefit of Rachel Brockett";

2. 6% to Defendant JOSHUA BROCKETT in the form of a check payable to "Joshua Brockett";

3. 6% to Defendant NICHOLAS BROCKETT in the form of a check payable to "Nicholas Brockett";

4. 6% to Defendant DANELLE BROCKETT in the form of a check payable to "Danelle Brockett"; and

     5. 6% to Defendant KATHRYN BROCKETT in the form of a check payable to "Kathryn Brockett".

IT IS SO ORDERED.

Dated:  October 14, 2010

                                                 CHIEF UNITED STATES DISTRICT JUDGE